Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re Mary Gurewitz, appellant. Gen. No. 29,712.

Bill for injunction against picketing. Order committing certain defendants for contempt in violating temporary injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Graceline Dress Company, complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re Rose Silver, appellant. Gen. No. 29,713.

Order committing for contempt by violation of injunction against picketing. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re David Krauss, appellant. Gen. No. 29,714.

Order committing for contempt by violation of injunction against picketing. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re Wanda Koletta, appellant. Gen. No. 29,715.

Order committing for contempt by violating injunction against picketing. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Fitch delivered the opinion of the court.